IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LEROI W. BRADLEY,  :   | |
| : | Case No. 2:15-CV-3056 |
| Plaintiff, : | |
| : | JUDGE ALGENON L. MARBLEY |
| v. : | |
| : | Magistrate Judge Deavers |
| TIM BUCHANAN, *et al.*, : | |
| : | |
| Defendants. : | |

# ORDER

This matter is before the Court on the United States Magistrate Judge's **Report and Recommendation.** (Doc. 4.) On December 7, 2015, the Magistrate Judge issued the Report and Recommendation, recommending that Plaintiff Leroi W. Bradley's Complaint (Doc. 3) be dismissed for failure to state a claim upon which relief can be granted. The Report and Recommendation specifically advises the parties that the failure to object to the Report and Recommendation within fourteen days results in "a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Doc. 4 at 3.) The parties have failed to respond. The deadline for objections lapsed on December 24, 2015.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Accordingly, Plaintiff's Complaint is **DISMISSED**. The clerk is directed to enter judgment for Defendants.

    **IT IS SO ORDERED.**

                                                      s/ Algenon L. Marbley
                                                     **ALGENON L. MARBLEY**
                                                     **UNITED STATES DISTRICT JUDGE**

**DATED: January 15, 2016**